IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| F.S., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-121-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| PAM BONDI, *et al.*, | : |
| | : |
| Respondents. | : |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on April 11, 2025 (ECF No. 1), and on April 28, 2025, he paid the filing fee. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 28th day of April, 2025.

                                                    s/ *Amelia G. Helmick*
                                                  UNITED STATES MAGISTRATE JUDGE