IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SEKOU FADE,   *

    Petitioner,   *

v.   Case No. 4:25-cv-121 (CDL)

  *

Attorney General PAM BONDI,
*et al.*,   *

    Respondents.   *

## J U D G M E N T

Pursuant to this Court's Order dated October 9, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of October 2025.

                David W. Bunt, Clerk

                s/ Timothy L. Frost, Deputy Clerk